IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS J. JACOBS, III,

                                         OPINION AND ORDER

          Petitioner,

                                         17-cv-813-bbc

    v.

MICHAEL DITTMANN,

         Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Chris J. Jacobs, III, a prisoner at the Columbia Correctional Institution, has filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. He challenges his 1998 conviction for kidnapping and false imprisonment. Because petitioner has already filed five such petitions in this court, this petition must be denied.

In cases nos. 16-cv-619-bbc, 15-cv-034-bbc, 10-cv-805-bbc and 09-cv-32-bbc, I reminded petitioner that he had filed a habeas corpus petition challenging this same conviction and sentence in 2006 and that this petition had been dismissed with prejudice because it was untimely. Jacobs v. Schneiter, 06-cv-74-jcs, Op. & Order, dkt. #23 (W.D. Wis. Aug. 29, 2006). Under 28 U.S.C. § 2244(b)(3)(A), a petitioner may not file a second or successive application in the district court unless he first obtains an order from the appropriate court of appeals authorizing the district court to consider the application, which petitioner has not done. Therefore, his petition must be denied.

ORDER

IT IS ORDERED that the petition filed by Chris J. Jacobs, III for a writ of habeas corpus is DISMISSED for petitioner's failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A) before he filed it.

Entered this 29th day of January, 2018.

BY THE COURT:
/s/
_____
BARBARA B. CRABB
District Judge