IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS J. JACOBS, III,

     Petitioner,
                               JUDGMENT IN A CIVIL CASE

v.
                                     Case No. 17-cv-813-bbc

MICHAEL DITTMANN,

     Respondent.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Chris J. Jacobs for a writ of corpus under 28 U.S.C. § 2254 for petitioner's failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A) before filing the petition.

     /s/                                        1/29/2018

| Peter Oppeneer, Clerk of Court | Date |
|---|---|